In the Matter of the Claim of KATHERINE SCHWABACHER, Respondent, against INTERNATIONAL SALT Co. et al., Appellants.

WORKMEN'S COMPENSATION BOARD, Respondent.

Argued October 21, 1948; decided November 24, 1948.

*James I. McGuire* and *George A. Garvey* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Theodore M. Schwartz* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.